**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| IN RE CIVIL INVESTIGATIVE | § | Civil Action No. 4:16-mc-0001 |
| DEMANDS 15-T-0010 and 15-D-0013 | § | |
| | § | |
| | § | |

**ORDER GRANTING PETITION FOR SUMMARY
ENFORCEMENT OF CID NOS. 15-T-0010 AND 15-D-0013**

On January 4, 2016, Petitioner the United States of America filed its Petition for Summary Enforcement of Civil Investigative Demands Nos. 15-T-0010 and 15-D-0013 ("CIDs") seeking an order compelling Respondent Major (Retired) Rex Vehrs to provide testimony and produce documents in response to the CIDs. The Court, having considered the pleadings and filings herein, the authorities and arguments of counsel, and being otherwise fully advised in the record, hereby rules as follows:

IT IS ORDERED that the United States' Petition for Summary Enforcement of Civil Investigative Demands Nos. 15-T-0010 and 15-D-0013 is hereby GRANTED.

IT IS FURTHER ORDERED that Respondent Vehrs must fully comply with Civil Investigative Demand No. 15-D-0013, including the production of all responsive information, within fourteen (14) days of the date of this Order.

IT IS FURTHER ORDERED that Respondent Vehrs must fully comply with Civil Investigative Demand No. 15-T-0010 and provide in-person testimony, under oath, at the United States Attorney's Office in Plano, Texas within seven (7) days after the compliance deadline for Civil Investigative Demand No. 15-D-0013 above.